UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| Trae Javar Compton, | ) |
| Plaintiff, | ) Civil Action No. 1:21-811 |
| v. | ) **OPINION AND ORDER** |
| United States of America, | ) |
| Defendant. | ) |

This matter is before the Court for review of the Report and Recommendation ("Report") of United States Magistrate Judge Joi Elizabeth Peake, after Chief Judge Roger L. Gregory, United States Court of Appeals for the Fourth Circuit, designated and assigned the matter to the undersigned on November 4, 2021. (ECF No. 3.)

On January 13, 2022, the Magistrate Judge issued her Report recommending that this case be dismissed *sua sponte* without prejudice to the Plaintiff filing a new complaint on the proper forms. (ECF No. 5.)

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this Court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1). The Court may also receive further evidence or recommit the matter to the Magistrate Judge with instructions. *Id.* The Court is charged with making a *de novo* determination of those portions of the Report to which specific objections are made.

Plaintiff filed no objections and the time for doing so expired on January 31, 2022. (*See* ECF No. 6 (noting "[o]bjections to R&R for Pro Se due by 1/31/22").) In the absence of objections to the Magistrate Judge's Report, this Court is not required to

1

provide an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Rather, "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

Here, because no objections have been filed, the Court has reviewed the Magistrate Judge's findings and recommendations for clear error. Finding none, the Court agrees with the Magistrate Judge that the Complaint should be dismissed without prejudice to Plaintiff filing a new complaint on the proper forms. Accordingly, the Report and Recommendation is adopted and incorporated herein by reference and this action is summarily DISMISSED.

**IT IS SO ORDERED.**

/s/Bruce Howe Hendricks
United States District Judge

February 14, 2022
Charleston, South Carolina

*****

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified that any right to appeal this Order is governed by Rules 3 and 4 of the Federal Rules of Appellate Procedure.